**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. |
| **Plaintiff,** | |
| **v.** | JUDGE |
| | **INFORMATION** |
| **CHAD OWENS** | |
| **Defendant.** | **18 U.S.C. §§ 2252(a)(2) & (b)(1)** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Receipt of Child Pornography)

1.     In July 2024, the exact dates being unknown, in the Southern District of Ohio, the defendant, **CHAD OWENS**, did knowingly receive one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital files depicting prepubescent females engaged in sex acts with adults, masturbation, and the lascivious exhibition of their genitalia, anus, and pubic region.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

**DOMINICK S. GERACE II**
United States Attorney

_Emily Czerniejewski_

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney