UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Case No. 2:25-cr-160

Judge Michael H. Watson

Chad Owens,

### ORDER

There being no objections, and upon review of the Information, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 26. The Court accepts Defendant's plea of guilty to Count 1 of the Information, and he is hereby adjudged guilty on that count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

*[signature]*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT